COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO.
 
2-07-039-CV

IN THE INTEREST OF S.M.-C., A CHILD

------------

FROM THE 362
ND
 DISTRICT COURT OF DENTON COUNTY

------------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

------------

On March 15, 2007 and March 28, 2007, we notified appellant Lisa M., in accordance with rule of appellate procedure 42.3(c), that we would dismiss her appeal unless the $125 filing fee was paid.  
See
 
Tex. R. App. P.
 42.3(c).  Appellant Lisa M. has not paid the $125 filing fee.  
See
 
Tex. R. App. P.
 5, 12.1(b).

Because appellant Lisa M. has failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court’s order of July 21, 1998,
(footnote: 2) we dismiss the appeal of Lisa M.  
See
 
Tex. R. App. P
. 42.3(c), 43.2(f).  The appeal of appellant Thomas Christopher C. remains pending before the court.

Appellant Lisa M. shall pay all costs of her appeal, for which let execution issue.  
See
 
Tex. R. App. P.
 43.4.

PER CURIAM

PANEL D:  WALKER, J.; CAYCE, C.J.; and MCCOY, J.

DELIVERED:
  May 3, 2007

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.

2:
July 21, 1998 “Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals,” 971-972 S.W.2d (Tex. Cases) XXXVIII (1998).